**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Angel Mayora Medrano, | ) | No. CV-99-0603-TUC-CKJ |
| Petitioner, | ) | DEATH PENALTY CASE |
| vs. | ) | |
| Charles L. Ryan, et al., | ) | **ORDER** |
| Respondents. | ) | |

This habeas case is currently under a partial stay of proceedings while Petitioner pursues sentencing relief in state court pursuant to *Atkins v. Virginia*, 536 U.S. 304 (2002). On April 22, 2011, the Court held a status hearing to obtain a better understanding regarding how the ongoing state court litigation in Pima County Superior Court is proceeding and when it will be concluded. The parties acknowledged the protracted nature of the proceeding, but advised that a substantial amount of background information and reports have been compiled from mental health experts, and that they are now ready to propose a schedule and proceed to an anticipated three or four-day state court evidentiary hearing in December 2011.

...

...

...

...

...

...

1    Accordingly,

2    **IT IS HEREBY ORDERED** that, within the next 30 days, the parties will submit to

3    the Pima County Superior Court trial judge a joint proposed scheduling order, including

4    discovery deadlines, and a firm trial/hearing date to be set on or before December 2011 for

5    Petitioner's *Atkins* proceeding.

6        DATED this 26th day of April, 2011.

7

8

9        _____
         Cindy K. Jorgenson
         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28