# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Mayora Medrano, | No. CV-99-0603-TUC-CKJ |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| vs. | |
| Charles L. Ryan, et al., | **ORDER** |
| Respondents. | |

To ensure efficient review and adjudication of Petitioner's federal habeas claims it is essential that the Court have a copy of the entire state court record. The Court has determined that certain records/documents have not yet been provided. For the above stated reason,

**IT IS HEREBY ORDERED** that counsel for the Respondents, the Arizona Attorney General's Office, expeditiously submit a Notice of Filing of:

1) Trial Exhibit 19A, the November 25, 1987, transcript of Petitioner's statements to Sergeant Sexto Molina and Detective Perry Lowe;

2) All pleadings and attachments associated with Petitioner's Motion to Vacate Judgment, filed October 20, 1988, including any opposition pleadings, reply pleadings, etc.,

...

...

...

and associated minute entries, but excluding the November 10, 1988, Reporter's Transcript of the hearing.

DATED this 29th day of August, 2011.

_Cindy K. Jorgenson_
Cindy K. Jorgenson
United States District Judge