**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Mayora Medrano, | No. CV-99-00603-TUC-CKJ |
| Petitioner, | |
| vs. | |
| Charles L. Ryan, et al., | **ORDER** |
| Respondents. | |

**IT IS ORDERED** granting Petitioner's Motion for a 21-Day Extension of Time to File the Request for COA (Doc. 181). Any such motion shall be filed by **November 21, 2012**. Unless otherwise directed by the Court, Respondents shall not file a response.

DATED this 30th day of October, 2012.

Cindy K. Jorgenson
United States District Judge